THE STATE, *Appellant*, V. CAMPBELL.

Division Two, December 7, 1897.

Matters of Record: BILL OF EXCEPTIONS: MOTIONS TO QUASH. The
trial court quashed an information for selling sewing machines
without first taking out a license as a peddler and discharged the
defendant. No exceptions were saved to the court's ruling. *Held,*
that as the motion to quash the information is not a part of the rec-
ord, unless made so by a bill of exceptions, and the State having
failed to do this, there is nothing before the Supreme Court for review.

*Appeal from Andrew Circuit Court.*—HON. WILLIAM
S. HERNDON, Judge.

AFFIRMED.

*Edward C. Crow*, Attorney-General, and *J. F.
Wade* for appellant.

*Seneca N. Taylor, Charles Erd*, and *S. C. Taylor*
for respondent.

GANTT, P. J.—The prosecuting attorney of Andrew
county filed an information against the defendant for
selling Singer sewing machines without first having
taken out a license as a peddler. The defendant moved
to quash the information in the circuit court and the
motion was sustained and defendant discharged, and
the State appeals.  No exception was saved to the ac-
tion of the circuit court in sustaining the motion to
quash the indictment, and hence there is nothing before
this court for review.  As early in the judicial history
of this State as the decision in *State v. Wall* (1851),
15 Mo. 208, it was ruled by this court that a motion to

quash an indictment was no part of the record unless made so by a bill of exceptions, and in the absence of a bill of exceptions the clerk could not make it so by copying it into the transcript to this court, and therefore refused to consider the judgment of the circuit court thereon. That opinion has been followed without dissent in many cases, and still meets with our approval. *State v. Gee*, 79 Mo. 313; *State v. Thruston*, 83 Mo. 271; *State v. Vincent*, 91 Mo. 662; *State v. Henderson*, 109 Mo. 292; *State v. Fraker*, 137 Mo. 258.

The judgment of the circuit court is affirmed. SHERWOOD and BURGESS, JJ., concur.